**UNITED STATES BANKRUPTCY COURT**
**IN THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Eric Johnson | )    CHAPTER 13 |
|     Debtors. | )    Case No. 14-21633 |

Post Confirmation

**AGREED IMMATERIAL MODIFICATION OF PLAN**

This cause having come before the court on the Objection to Confirmation of the Amended Plan filed by the trustee, and the parties having reached an agreement which does not materially affect other creditors and now hereby move the Court to approve same without further opportunity for hearing.

<u>Debtors' amended plan shall pay the general unsecured creditors a dividend of $4000.</u>

The parties have reviewed this order and have agreed to its terms. This order shall supercede and amended plan that may be filed after this date, unless the amended plan specifically vacates this order. The Plan so Modified shall be the Debtors confirmed plan

/s/ Dan L. Whitten
Dan L. Whitten
6183 Central Ave
Portage, Indiana 46368
Attorney for Debtor

/s/ Paul Chael
Paul Chael Standing Chapter 13 Trustee

SO ORDERED this 20th day of December, 2016.

Judge, U.S. Bankruptcy Court