# UNITED STATES BANKRUPTCY COURT
# IN THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

IN RE:                    )
                          )
                          )
ERIC JOHNSON              ) CASE NO. 14-21633
    DEBTOR.               )    CHAPTER 13

## ORDER MODIFYING PLAN POST-CONFIRMATION

Debtor having filed a Motion to Amend and amended Plan on December 1, 2016, and Creditors having been given Notice of said plan and the latter not having objected to said amended plan, despite given until January 2, 2017 to file their objections, the Court now approves the Motion Modifying the Plan Payment pursuant to 11 USC 1329(b)(2), the plan so modified is the Debtor's Plan, as modified by the record #121 order.

So Ordered: __JAN 0 9 2017__

_____ JS 104
Judge, US Bankruptcy Court